

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700  Julie Richards Johnston
Fax (919) 645-1750  Clerk of Court

February 24. 2017

Joyce Loney
Harold Loney
c/o 4956 Longe Beach Rd. SE
STE 14 PMB 362
Southport, NC 28461

Re: Loney et al v. State of North Carolina et al
Civil Case No. 7:17-CV-38-D

Dear Mr. And Mrs. Loney:

The Clerk's Office received your Application to Proceed without Prepayment of Fees or Costs, complaint, Civil Cover Sheet, and Proposed Summonses you via mail on February 23, 2017.

Pursuant to Local Rule 5.2(b) every party proceeding pro-se shall file a notice of self-representation on a form available from the clerk. In addition, pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, all parties must file a corporate affiliate/financial interest disclosure statement. A negative statement is required if a party has no disclosures to make. The disclosure statement must be on a form provided by the clerk. I have included two blank copies of each of these forms for you to complete. Please return these completed forms to the Clerk's office within 14 days of this notice.

Sincerely,

Julie Richards Johnston, Clerk of Court

By: /s/ Nicole Briggeman
    Deputy Clerk

encl: (2) Notice of Self-Representation Forms, (2) Financial Disclosure Forms
cc: docket