IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
COURT OF RECORD DIVISION
No. 7:17-CV-38-D

FILED
MAR 17 2017
Peter A. Moore Jr. CLERK
US DISTRICT COURT, EDNC
BY ___ DEP CLK



HAROLD LONEY )
)
)
COUNTER CLAIMANT )
~~Plaintiff(s)~~, )
) **NOTICE OF SELF-REPRESENTATION**
)
v. )
)
STATE OF NORTH CAROLINA )
)
et al )
)
)
COUNTER Defendant(s). )

I, HAROLD LONEY, COUNTER CLAIMANT a ~~Plaintiff/Defendant~~ in the above-captioned matter, hereby enter my appearance as a pro ~~se~~ PER party. I understand that I am responsible for notifying the court of any change in my mailing address and if I obtain representation by an attorney in the future.

I agree that all court papers may be mailed to me by first-class mail at the mailing address shown below. Pursuant to Fed. R. Civ. P. 5(d), I understand that I am responsible for serving on all other parties that appear in this action a copy of every paper that I file and for filing a certificate of service with each filing that states I have served all other parties.

My Mailing Address is:  
HAROLD LONEY  
SOUTH PORT, NC 28461  
Town/City    State    Zip Code  
910-477-2757  
Telephone Number (daytime)

My Street Address (if different from mailing address) is:  
4956 LONG BEACH RD Ste 14  
PMB 362  
Town/City    State    Zip Code  

Telephone Number (evening)

Date

Signature