*Clerk of Court*

RECEIVED
JUL 13 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Notice to Clerk~

The minute you receive any document, it is recorded according to the following case site.

**Biffle v. Morton Rubber Indus., Inc., 785 S.W.2d 143, 144 (Tex.1990).**
"An instrument is deemed in law filed at the time it is delivered to the clerk, regardless of whether the instrument is "file-marked."

Should you refuse to record My documents, once deposited with you, you are committing a crime under Title **18 USC § 2071** and it is punishable by fines and imprisonment. If your attorney told you not to file any documents like mine, you are still responsible, as I do not accept any third party intervieners. Any attorney, district attorney, or anyone from the lawyering craft are all third parties and do not have a license to make a legal determination in this matter as they do not represent Me and you, the county clerk, and do not have the authority to represent Me.

### Title 18 USC – Crimes and Criminal Procedure
### Part I – Crimes
Chapter 101 – Records and Reports
Section 2071 – Concealment, removal, or mutilation generally
(a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both.
(b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

### Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.
### Title LXX.---CRIMES.--- CH. 4. CRIMES AGAINST JUSTICE
**SEC. 5403.** (Destroying, &c., public records.)
Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes and carries away any record, paper, or proceeding of a court of justice, filed or deposited with any clerk or officer of such court, or any paper, or document, or record filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See § § 5408, 5411, 5412.1]
**SEC. 5407.** (Conspiracy to defeat enforcement of the laws.)
If two or more persons in any State or Territory conspire for the purpose of impeding, hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and imprisonment. See §
**§ 1977-1991, 2004-2010, 5506-5510.1**
**SEC. 5408.** (Destroying record by officer in charge.)

RECEIVED

Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both-, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

Legatus Non Violatur ,
Without Prejudice ,
Non Assumptsit ,
All Rights Reserved