*USAA TCPA -Calls Violations*


## MDS Dialer Call Log
**Member Call Log - Aspect Calls Only**

**Member Debt Solutions**

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

Report Last Refreshed: 09/29/2015 12:20 PM

### CONSUMER LOAN COLLEC

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last | Loan_Number | Response_Status | Time_of_Contact_in_Gl | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 12/15/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/15/2014 2:42:51 PM | Easte | CLHEMAR |
| 12/15/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/15/2014 3:14:33 PM | Easte | CLHEMAR |
| 12/15/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/15/2014 5:44:16 PM | Easte | CLHEMAR |
| 12/16/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/16/2014 2:35:31 PM | Easte | CLHEMAR |
| 12/16/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/16/2014 3:01:24 PM | Easte | CLHEMAR |
| 12/16/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/16/2014 3:22:12 PM | Easte | CLHEMAR |
| 12/16/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/16/2014 3:44:16 PM | Easte | CLHEMAR |
| 12/16/14 | 9109334665 | | 031354254 | | 1049819277 | R7 | 12/16/2014 7:39:56 PM | Easte | CLHEMAR |
| 12/16/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/16/2014 11:28:56 PM | Easte | CLHEMAR |
| 12/16/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/16/2014 11:50:02 PM | Easte | CLHEMAR |
| 12/17/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/17/2014 2:17:52 PM | Easte | CLHEMAR |
| 12/17/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/17/2014 2:46:19 PM | Easte | CLHEMAR |
| 12/17/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/17/2014 3:10:39 PM | Easte | CLHEMAR |
| 12/17/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/17/2014 5:54:26 PM | Easte | CLHEMAR |
| 12/17/14 | 9104701500 | | 031354254 | | 1049819277 | M_NM | 12/17/2014 8:48:57 PM | Easte | CLHEMAR |
| 12/17/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/17/2014 9:52:19 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.



## MDS Dialer Call Log
### Member Call Log - Aspect Calls Only

**Member Debt Solutions**

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last | Loan_Number | Response_Status | Time_of_Contact_in_GI | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 12/17/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/17/2014 10:12:36 PM | Easte | CLHEMAR |
| 12/17/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/17/2014 10:32:52 PM | Easte | CLHEMAR |
| 12/17/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/17/2014 10:53:02 PM | Easte | CLHEMAR |
| 12/18/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/18/2014 2:01:24 PM | Easte | CLHEMAR |
| 12/18/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/18/2014 2:40:15 PM | Easte | CLHEMAR |
| 12/18/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/18/2014 3:01:15 PM | Easte | CLHEMAR |
| 12/18/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/18/2014 3:22:02 PM | Easte | CLHEMAR |
| 12/18/14 | 9104701500 | | 031354254 | | 1049819277 | AA | 12/18/2014 6:36:36 PM | Easte | CLHEMAR |
| 12/18/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/18/2014 11:31:31 PM | Easte | CLHEMAR |
| 12/19/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/19/2014 1:21:35 PM | Easte | CLHEMAR |
| 12/19/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/19/2014 1:41:42 PM | Easte | CLHEMAR |
| 12/19/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/19/2014 2:01:52 PM | Easte | CLHEMAR |
| 12/19/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/19/2014 2:22:35 PM | Easte | CLHEMAR |
| 12/19/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/19/2014 4:18:44 PM | Easte | CLHEMAR |
| 12/22/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/22/2014 1:59:33 PM | Easte | CLHEMAR |
| 12/22/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/22/2014 2:59:25 PM | Easte | CLHEMAR |
| 12/22/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/22/2014 3:19:55 PM | Easte | CLHEMAR |
| 12/22/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/22/2014 6:00:10 PM | Easte | CLHEMAR |
| 12/22/14 | 9104701500 | | 031354254 | | 1049819277 | AA | 12/22/2014 7:48:38 PM | Easte | CLHEMAR |
| 12/23/14 | 3363523571 | | 031354254 | | 1053893119 | N_SIT | 12/23/2014 1:27:36 PM | Easte | CL_OUTBOUND_IVR |
| 12/23/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/23/2014 1:46:39 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.



## MDS Dialer Call Log
Member Call Log - Aspect Calls Only

**Member Debt Solutions**

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Cartl_Last_ | Loan_Number | Response_Status | Time_of_Contact_in_GI | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 12/23/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/23/2014 2:30:28 PM | Easte | CLHEMAR |
| 12/23/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/23/2014 3:36:34 PM | Easte | CLHEMAR |
| 12/23/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/23/2014 4:57:04 PM | Easte | CLHEMAR |
| 12/23/14 | 9104701500 | | 031354254 | | 1049819277 | AA | 12/23/2014 7:53:19 PM | Easte | CLHEMAR |
| 12/23/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/23/2014 10:06:00 PM | Easte | CLHEMAR |
| 12/23/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/23/2014 10:53:45 PM | Easte | CLHEMAR |
| 12/23/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/23/2014 11:15:00 PM | Easte | CLHEMAR |
| 12/23/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/23/2014 11:35:13 PM | Easte | CLHEMAR |
| 12/24/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/24/2014 1:36:01 PM | Easte | CLHEMAR |
| 12/24/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/24/2014 1:56:13 PM | Easte | CLHEMAR |
| 12/24/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/24/2014 2:16:23 PM | Easte | CLHEMAR |
| 12/24/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/24/2014 3:32:00 PM | Easte | CLHEMAR |
| 12/24/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/24/2014 4:24:59 PM | Easte | CLHEMAR |
| 12/24/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/24/2014 5:01:40 PM | Easte | CLHEMAR |
| 12/27/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/27/2014 1:27:45 PM | Easte | CLHEMAR |
| 12/27/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/27/2014 1:57:01 PM | Easte | CLHEMAR |
| 12/27/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/27/2014 2:25:07 PM | Easte | CLHEMAR |
| 12/27/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/27/2014 2:47:26 PM | Easte | CLHEMAR |
| 12/27/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/27/2014 3:48:48 PM | Easte | CLHEMAR |
| 12/29/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/29/2014 1:40:55 PM | Easte | CLHEMAR |
| 12/29/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/29/2014 2:01:03 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.



# MDS Dialer Call Log
### Member Call Log - Aspect Calls Only

**Member Debt Solutions**

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last | Loan_Number | Response_Status | Time_of_Contact_in_GI | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/29/2014 3:35:32 PM | Easte | CLHEMAR |
| 12/29/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/29/2014 5:09:32 PM | Easte | CLHEMAR |
| 12/29/14 | 9104701500 | | 031354254 | | 1049819277 | AA | 12/29/2014 6:32:20 PM | Easte | CLHEMAR |
| 12/29/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/29/2014 10:28:16 PM | Easte | CLHEMAR |
| 12/29/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/29/2014 11:17:30 PM | Easte | CLHEMAR |
| 12/29/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/29/2014 11:37:55 PM | Easte | CLHEMAR |
| 12/30/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/30/2014 1:48:02 PM | Easte | CLHEMAR |
| 12/30/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/30/2014 2:19:02 PM | Easte | CLHEMAR |
| 12/30/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/30/2014 5:13:41 PM | Easte | CLHEMAR |
| 12/30/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/30/2014 5:37:26 PM | Easte | CLHEMAR |
| 12/30/14 | 9104701500 | | 031354254 | | 1049819277 | AA | 12/30/2014 8:12:49 PM | Easte | CLHEMAR |
| 12/30/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/30/2014 9:54:06 PM | Easte | CLHEMAR |
| 12/30/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/30/2014 10:51:32 PM | Easte | CLHEMAR |
| 12/30/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/30/2014 11:12:13 PM | Easte | CLHEMAR |
| 12/31/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/31/2014 1:36:25 PM | Easte | CLHEMAR |
| 12/31/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/31/2014 1:56:34 PM | Easte | CLHEMAR |
| 12/31/14 | 9104701500 | | 031354254 | | 1049819277 | R7 | 12/31/2014 3:37:42 PM | Easte | CLHEMAR |
| 12/31/14 | 3363523571 | | 031354254 | | 1049819277 | R7 | 12/31/2014 5:00:35 PM | Easte | CLHEMAR |
| 12/31/14 | 9104701500 | | 031354254 | | 1049819277 | RR | 12/31/2014 7:23:14 PM | Easte | CLHEMAR |
| 12/31/14 | 3363523571 | | 031354254 | | 1049819277 | RR | 12/31/2014 7:44:54 PM | Easte | CLHEMAR |
| 1/5/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 1/5/2015 2:34:01 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.

Page 4 / 14



## MDS Dialer Call Log
Member Call Log - Aspect Calls Only

Member Debt Solutions

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last_ | Loan_Number | Response_Status | Time_of_Contact_in_GI | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 1/5/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 1/5/2015 3:21:38 PM | Easte | CLHEMAR |
| 1/5/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 1/5/2015 3:45:08 PM | Easte | CLHEMAR |
| 1/5/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 1/5/2015 4:50:10 PM | Easte | CLHEMAR |
| 1/8/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/8/2015 1:46:15 PM | Easte | CLHEMAR |
| 1/8/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/8/2015 2:17:08 PM | Easte | CLHEMAR |
| 1/8/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/8/2015 2:37:25 PM | Easte | CLHEMAR |
| 1/8/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/8/2015 2:57:35 PM | Easte | CLHEMAR |
| 1/8/15 | 9104701500 | | 031354254 | | 1053893119 | AA | 1/8/2015 6:17:08 PM | Easte | CLHEMAR |
| 1/8/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/8/2015 11:03:03 PM | Easte | CLHEMAR |
| 1/8/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/8/2015 11:41:56 PM | Easte | CLHEMAR |
| 1/9/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/9/2015 1:11:36 PM | Easte | CLHEMAR |
| 1/9/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/9/2015 1:31:55 PM | Easte | CLHEMAR |
| 1/9/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/9/2015 2:10:38 PM | Easte | CLHEMAR |
| 1/9/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/9/2015 3:55:05 PM | Easte | CLHEMAR |
| 1/9/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/9/2015 4:24:51 PM | Easte | CLHEMAR |
| 1/9/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/9/2015 4:44:55 PM | Easte | CLHEMAR |
| 1/12/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/12/2015 1:46:09 PM | Easte | CLHEMAR |
| 1/12/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/12/2015 2:55:38 PM | Easte | CLHEMAR |
| 1/12/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/12/2015 5:14:41 PM | Easte | CLHEMAR |
| 1/12/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/12/2015 11:28:56 PM | Easte | CLHEMAR |
| 1/13/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/13/2015 1:25:33 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.



# MDS Dialer Call Log
**Member Call Log - Aspect Calls Only**

Member Debt Solutions

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last | Loan_Number | Response_Status | Time_of_Contact_in_GI | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 1/13/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 1/13/2015 1:40:53 PM | Easte | CLFE_LOW |
| 1/13/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/13/2015 1:45:39 PM | Easte | CLHEMAR |
| 1/13/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/13/2015 2:55:37 PM | Easte | CLHEMAR |
| 1/13/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 1/13/2015 4:01:23 PM | Easte | CLFE_LOW |
| 1/13/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/13/2015 4:41:54 PM | Easte | CLHEMAR |
| 1/13/15 | 9104701500 | | 031354254 | | 1053893119 | AA | 1/13/2015 7:59:15 PM | Easte | CLHEMAR |
| 1/13/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/13/2015 10:38:10 PM | Easte | CLHEMAR |
| 1/13/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/13/2015 11:57:10 PM | Easte | CLHEMAR |
| 1/14/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/14/2015 2:32:39 PM | Easte | CLHEMAR |
| 1/14/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/14/2015 2:52:49 PM | Easte | CLHEMAR |
| 1/14/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/14/2015 3:13:01 PM | Easte | CLHEMAR |
| 1/15/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/15/2015 2:44:15 PM | Easte | CLHEMAR |
| 1/15/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/15/2015 3:12:11 PM | Easte | CLHEMAR |
| 1/15/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/15/2015 5:45:55 PM | Easte | CLHEMAR |
| 1/15/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/15/2015 6:07:27 PM | Easte | CLHEMAR |
| 1/15/15 | 9104701500 | | 031354254 | | 1053893119 | R7 | 1/15/2015 8:40:47 PM | Easte | CLHEMAR |
| 1/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/19/2015 1:44:32 PM | Easte | CLHEMAR |
| 1/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/19/2015 2:48:25 PM | Easte | CLHEMAR |
| 1/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/19/2015 5:01:07 PM | Easte | CLHEMAR |
| 1/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/19/2015 11:29:09 PM | Easte | CLHEMAR |
| 1/20/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/20/2015 1:28:14 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.



# MDS Dialer Call Log
Member Call Log - Aspect Calls Only

**Member Debt Solutions**

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last_ | Loan_Number | Response_Status | Time_of_Contact_in_Gl | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 1/20/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/20/2015 1:52:05 PM | Easte | CLHEMAR |
| 1/20/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/20/2015 2:13:44 PM | Easte | CLHEMAR |
| 1/20/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/20/2015 3:56:46 PM | Easte | CLHEMAR |
| 1/20/15 | 9104701500 | | 031354254 | | 1053893119 | AA | 1/20/2015 6:58:49 PM | Easte | CLHEMAR |
| 1/20/15 | 9109334665 | | 031354254 | | 1053893119 | R7 | 1/20/2015 9:57:05 PM | Easte | CLHEMAR |
| 1/21/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/21/2015 1:36:29 PM | Easte | CLHEMAR |
| 1/21/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/21/2015 2:49:53 PM | Easte | CLHEMAR |
| 1/21/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/21/2015 4:33:37 PM | Easte | CLHEMAR |
| 1/21/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/21/2015 11:43:54 PM | Easte | CLHEMAR |
| 1/22/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/22/2015 1:56:49 PM | Easte | CLHEMAR |
| 1/22/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/22/2015 3:09:21 PM | Easte | CLHEMAR |
| 1/22/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/22/2015 3:29:29 PM | Easte | CLHEMAR |
| 1/22/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/22/2015 3:49:39 PM | Easte | CLHEMAR |
| 1/22/15 | 9109334665 | | 031354254 | | 1053893119 | R7 | 1/22/2015 5:58:08 PM | Easte | CLHEMAR |
| 1/22/15 | 9109334665 | | 031354254 | | 1053893119 | R7 | 1/22/2015 7:23:15 PM | Easte | CLHEMAR |
| 1/22/15 | 9109334665 | | 031354254 | | 1053893119 | DRO | 1/22/2015 7:46:17 PM | Easte | CLHEMAR |
| 1/23/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/23/2015 1:13:31 PM | Easte | CLHEMAR |
| 1/23/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/23/2015 2:07:18 PM | Easte | CLHEMAR |
| 1/23/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/23/2015 3:53:32 PM | Easte | CLHEMAR |
| 1/23/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/23/2015 4:16:09 PM | Easte | CLHEMAR |
| 1/26/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/26/2015 1:49:53 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.



# MDS Dialer Call Log
**Member Call Log - Aspect Calls Only**

Member Debt Solutions

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last_ | Loan_Number | Response_Status | Time_of_Contact_in_GI | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 1/26/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/26/2015 2:43:10 PM | Easte | CLHEMAR |
| 1/26/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/26/2015 3:26:31 PM | Easte | CLHEMAR |
| 1/26/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/26/2015 5:14:07 PM | Easte | CLHEMAR |
| 1/26/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/26/2015 10:24:32 PM | Easte | CLHEMAR |
| 1/27/15 | 9104701500 | | 031354254 | | 1053893119 | R7 | 1/27/2015 6:02:20 PM | Easte | CLHEMAR |
| 1/28/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/28/2015 1:49:06 PM | Easte | CLHEMAR |
| 1/28/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/28/2015 3:35:45 PM | Easte | CLHEMAR |
| 1/28/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/28/2015 4:35:42 PM | Easte | CLHEMAR |
| 1/29/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/29/2015 2:31:00 PM | Easte | CLHEMAR |
| 1/29/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/29/2015 2:51:39 PM | Easte | CLHEMAR |
| 1/29/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/29/2015 3:11:49 PM | Easte | CLHEMAR |
| 1/29/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/29/2015 4:52:35 PM | Easte | CLHEMAR |
| 1/29/15 | 9104701500 | | 031354254 | | 1053893119 | AA | 1/29/2015 6:41:29 PM | Easte | CLHEMAR |
| 1/29/15 | 9104701500 | | 031354254 | | 1053893119 | AA | 1/29/2015 9:39:22 PM | Easte | CLHEMAR |
| 1/30/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/30/2015 1:17:14 PM | Easte | CLHEMAR |
| 1/30/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 1/30/2015 2:15:16 PM | Easte | CLHEMAR |
| 2/2/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/2/2015 1:38:14 PM | Easte | CLHEMAR |
| 2/2/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/2/2015 3:18:33 PM | Easte | CLHEMAR |
| 2/2/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/2/2015 5:44:34 PM | Easte | CLHEMAR |
| 2/3/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/3/2015 1:32:41 PM | Easte | CLHEMAR |
| 2/3/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/3/2015 1:52:59 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.



## MDS Dialer Call Log
**Member Call Log - Aspect Calls Only**

Member Debt Solutions

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last_ | Loan_Number | Response_Status | Time_of_Contact_in_Gl | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 2/3/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/3/2015 3:19:29 PM | Easte | CLHEMAR |
| 2/3/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/3/2015 4:32:35 PM | Easte | CLHEMAR |
| 2/3/15 | 9109334665 | | 031354254 | | 1053893119 | R7 | 2/3/2015 8:18:22 PM | Easte | CLHEMAR |
| 2/3/15 | 9109334665 | | 031354254 | | 1053893119 | R7 | 2/3/2015 10:15:24 PM | Easte | CLHEMAR |
| 2/3/15 | 9109334665 | | 031354254 | | 1053893119 | DRO | 2/3/2015 10:36:49 PM | Easte | CLHEMAR |
| 2/4/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/4/2015 1:42:21 PM | Easte | CLHEMAR |
| 2/4/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/4/2015 2:16:42 PM | Easte | CLHEMAR |
| 2/4/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/4/2015 3:34:08 PM | Easte | CLHEMAR |
| 2/4/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/4/2015 4:27:25 PM | Easte | CLHEMAR |
| 2/4/15 | 9104701500 | | 031354254 | | 1049819277 | M_NM | 2/4/2015 6:14:48 PM | Easte | CLHEMAR |
| 2/4/15 | 3363523571 | | 031354254 | | 1049819277 | RR | 2/4/2015 10:32:10 PM | Easte | CLHEMAR |
| 2/5/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/5/2015 1:44:22 PM | Easte | CLHEMAR |
| 2/5/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/5/2015 2:30:30 PM | Easte | CLHEMAR |
| 2/5/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/5/2015 2:50:39 PM | Easte | CLHEMAR |
| 2/5/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/5/2015 3:10:49 PM | Easte | CLHEMAR |
| 2/5/15 | 9104701500 | | 031354254 | | 1049819277 | AA | 2/5/2015 3:57:35 PM | Easte | CLHEMAR |
| 2/5/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/5/2015 5:15:38 PM | Easte | CLHEMAR |
| 2/5/15 | 9104701500 | | 031354254 | | 1049819277 | AA | 2/5/2015 5:35:49 PM | Easte | CLHEMAR |
| 2/5/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/5/2015 11:04:29 PM | Easte | CLHEMAR |
| 2/6/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/6/2015 1:15:56 PM | Easte | CLHEMAR |
| 2/6/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/6/2015 1:36:09 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.



# MDS Dialer Call Log
**Member Call Log - Aspect Calls Only**

**Member Debt Solutions**

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last | Loan_Number | Response_Status | Time_of_Contact_in_Gl | Time Zon | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 2/6/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/6/2015 2:21:01 PM | Easte | CLHEMAR |
| 2/6/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/6/2015 3:15:12 PM | Easte | CLHEMAR |
| 2/6/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/6/2015 3:33:16 PM | Easte | CLHEMAR |
| 2/6/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/6/2015 3:54:53 PM | Easte | CLHEMAR |
| 2/6/15 | 9104701500 | | 031354254 | | 1049819277 | AMDML | 2/6/2015 4:15:09 PM | Easte | CLHEMAR |
| 2/9/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/9/2015 1:53:41 PM | Easte | CLHEMAR |
| 2/9/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/9/2015 3:39:44 PM | Easte | CLHEMAR |
| 2/9/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/9/2015 4:00:08 PM | Easte | CLHEMAR |
| 2/9/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/9/2015 4:21:12 PM | Easte | CLHEMAR |
| 2/9/15 | 9104701500 | | 031354254 | | 1049819277 | AA | 2/9/2015 6:36:38 PM | Easte | CLHEMAR |
| 2/9/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/9/2015 9:51:18 PM | Easte | CLHEMAR |
| 2/9/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/9/2015 10:24:39 PM | Easte | CLHEMAR |
| 2/9/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/9/2015 10:44:48 PM | Easte | CLHEMAR |
| 2/9/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/9/2015 11:05:47 PM | Easte | CLHEMAR |
| 2/9/15 | 9104701500 | | 031354254 | | 1049819277 | AA | 2/9/2015 11:46:07 PM | Easte | CLHEMAR |
| 2/10/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/10/2015 2:02:31 PM | Easte | CLHEMAR |
| 2/10/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/10/2015 3:00:25 PM | Easte | CLHEMAR |
| 2/10/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/10/2015 3:20:38 PM | Easte | CLHEMAR |
| 2/10/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/10/2015 3:41:08 PM | Easte | CLHEMAR |
| 2/10/15 | 9104701500 | | 031354254 | | 1049819277 | AA | 2/10/2015 6:08:02 PM | Easte | CLHEMAR |
| 2/10/15 | 9109334665 | | 031354254 | | 1049819277 | R7 | 2/10/2015 10:36:29 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.



# MDS Dialer Call Log
**Member Call Log - Aspect Calls Only**

**Member Debt Solutions**

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last | Loan_Number | Response_Status | Time_of_Contact_in_G | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 2/11/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/11/2015 2:41:52 PM | Easte | CLHEMAR |
| 2/11/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/11/2015 3:07:35 PM | Easte | CLHEMAR |
| 2/11/15 | 3363523571 | | 031354254 | | 1049819277 | R7 | 2/11/2015 4:38:36 PM | Easte | CLHEMAR |
| 2/11/15 | 9104701500 | | 031354254 | | 1049819277 | M_RPC_NP | 2/11/2015 9:13:18 PM | Easte | CLHEMAR |
| 2/16/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/16/2015 2:32:02 PM | Easte | CLHEMAR |
| 2/16/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/16/2015 3:37:55 PM | Easte | CLHEMAR |
| 2/16/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/16/2015 4:26:58 PM | Easte | CLHEMAR |
| 2/16/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/16/2015 4:47:18 PM | Easte | CLHEMAR |
| 2/16/15 | 9104701500 | | 031354254 | | 1053893119 | M_NM | 2/16/2015 7:32:39 PM | Easte | CLHEMAR |
| 2/16/15 | 9104701500 | | 031354254 | | 1053893119 | AA | 2/16/2015 10:06:44 PM | Easte | CLHEMAR |
| 2/16/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/16/2015 11:24:33 PM | Easte | CLHEMAR |
| 2/17/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/17/2015 1:55:24 PM | Easte | CLHEMAR |
| 2/17/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/17/2015 2:17:16 PM | Easte | CLHEMAR |
| 2/17/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/17/2015 5:20:42 PM | Easte | CLHEMAR |
| 2/17/15 | 9104701500 | | 031354254 | | 1053893119 | AA | 2/17/2015 8:52:22 PM | Easte | CLHEMAR |
| 2/17/15 | 3363523571 | | 031354254 | | 1053893119 | DRO | 2/17/2015 10:12:53 PM | Easte | CLHEMAR |
| 2/18/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/18/2015 2:57:54 PM | Easte | CLHEMAR |
| 2/18/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/18/2015 3:17:59 PM | Easte | CLHEMAR |
| 2/18/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/18/2015 3:38:09 PM | Easte | CLHEMAR |
| 2/18/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/18/2015 3:58:19 PM | Easte | CLHEMAR |
| 2/18/15 | 9104701500 | | 031354254 | | 1053893119 | AA | 2/18/2015 6:15:25 PM | Easte | CLHEMAR |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.



# MDS Dialer Call Log
**Member Call Log - Aspect Calls Only**

**Member Debt Solutions**

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last_ | Loan_Number | Response_Status | Time_of_Contact_in_GI | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 2/18/15 | 9104701500 | | 031354254 | | 1053893119 | AA | 2/18/2015 9:09:13 PM | Easte | CLHEMAR |
| 2/18/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/18/2015 10:59:48 PM | Easte | CLHEMAR |
| 2/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/19/2015 1:30:22 PM | Easte | CLHEMAR |
| 2/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/19/2015 2:02:33 PM | Easte | CLHEMAR |
| 2/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/19/2015 2:25:41 PM | Easte | CLHEMAR |
| 2/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/19/2015 3:10:20 PM | Easte | CLHEMAR |
| 2/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/19/2015 4:10:21 PM | Easte | CLHEMAR |
| 2/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/19/2015 4:31:39 PM | Easte | CLHEMAR |
| 2/19/15 | 9109334665 | | 031354254 | | 1053893119 | R7 | 2/19/2015 5:40:19 PM | Easte | CLHEMAR |
| 2/19/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/19/2015 10:12:55 PM | Easte | CLHEMAR |
| 2/20/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/20/2015 1:10:48 PM | Easte | CLHEMAR |
| 2/20/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/20/2015 2:05:53 PM | Easte | CLHEMAR |
| 2/20/15 | 9104701500 | | 031354254 | | 1053893119 | R7 | 2/20/2015 2:56:13 PM | Easte | CLHEMAR |
| 2/20/15 | 3363523571 | | 031354254 | | 1053893119 | R7 | 2/20/2015 3:53:13 PM | Easte | CLHEMAR |
| 2/20/15 | 9104701500 | | 031354254 | | 1053893119 | AA | 2/20/2015 4:51:54 PM | Easte | CLHEMAR |
| | | | | | | Count: | 241 | | |

CONFIDENTIAL:
Must not be duplicated, shared or printed without USAA EMG Approval.



# MDS Dialer Call Log
**Member Call Log - Aspect Calls Only**

Member Debt Solutions

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

## CREDIT CARD COLLECTI

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last | Loan_Number | Response_Status | Time_of_Contact_in_Gl | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 11/5/14 | 9104701500 | 549123 | 031354254 | 5423 | 323891809 | NA | 11/5/2014 8:13:04 PM | Easte | CCFE_OL |
| 11/5/14 | 9104701500 | 549123 | 031354254 | 5423 | 323891809 | NA | 11/5/2014 10:48:33 PM | Easte | CCFE_OL |
| 11/5/14 | 9104701500 | 549123 | 031354254 | 5423 | 323891809 | NA | 11/6/2014 12:52:03 AM | Easte | CCFE_OL |
| 11/5/14 | 9104701500 | 549123 | 031354254 | 5423 | 323891809 | NA | 11/6/2014 1:52:41 AM | Easte | CCFE_OL |
| 11/6/14 | 3363523571 | 549123 | 031354254 | 5423 | 323891809 | RR | 11/6/2014 5:58:20 PM | Easte | CCFE_OL |
| 11/6/14 | 9104701500 | 549123 | 031354254 | 5423 | 323891809 | RR | 11/6/2014 8:42:00 PM | Easte | CCFE_OL |
| 11/13/14 | 9104701500 | 549123 | 031354254 | 5423 | 323891809 | NA | 11/13/2014 9:04:38 PM | Easte | CCFE_OL |
| 11/20/14 | 3363523571 | 549123 | 031354254 | 5423 | 323891809 | AA | 11/20/2014 8:02:23 PM | Easte | CCFE_OL |
| 11/20/14 | 3363523571 | 549123 | 031354254 | 5423 | 323891809 | NVD | 11/20/2014 9:06:28 PM | Easte | CCFE_OL |
| 11/20/14 | 3363523571 | 549123 | 031354254 | 5423 | 323891809 | M_BN | 11/20/2014 9:29:00 PM | Easte | CCFE_OL |
| 11/26/14 | 9104701500 | 549123 | 031354254 | 5423 | 323891809 | NA | 11/26/2014 8:47:54 PM | Easte | CCFE_OL |
| 11/26/14 | 9104701500 | 549123 | 031354254 | 5423 | 323891809 | NA | 11/26/2014 9:49:25 PM | Easte | CCFE_OL |
| 11/29/14 | 9104701500 | 549123 | 031354254 | 0387 | 323416903 | N_CNCT | 11/29/2014 2:48:16 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/1/14 | 9104701500 | 549123 | 031354254 | 0387 | 323416903 | N_CNCT | 12/1/2014 3:40:32 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/2/14 | 9104701500 | 549123 | 031354254 | 0387 | 323416903 | N_CNCT | 12/2/2014 3:38:09 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/3/14 | 9104701500 | 549123 | 031354254 | 0387 | 323416903 | N_AMDNM | 12/3/2014 3:37:40 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/3/14 | 9104701500 | 549123 | 031354254 | 0387 | 323416903 | N_CNCT | 12/3/2014 10:41:17 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/4/14 | 9104701500 | 374355 | 031354254 | 8077 | 3743553020083 | N_AMDNM | 12/4/2014 5:37:10 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.

Page 13 / 14



# MDS Dialer Call Log
**Member Call Log - Aspect Calls Only**

Member Debt Solutions

Note: Call Log does not show unsuccessful dialing attempts (e.g TZ's & NN's)

| Snap_Shot_Date | Ov Phone Nr | Card_1st_Six | Member_Number | Card_Last | Loan_Number | Response_Status | Time_of_Contact_in_Gf | Time Zor | Contact List Name |
|---|---|---|---|---|---|---|---|---|---|
| 12/4/14 | 9104701500 | 374355 | 031354254 | 8077 | 3743553020083 | N_AMDNM | 12/4/2014 9:30:25 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/4/14 | 9104701500 | 374355 | 031354254 | 8077 | 3743553020083 | N_AMDML | 12/5/2014 1:21:16 AM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/8/14 | 9104701500 | 374355 | 031354254 | 8077 | 3743553020083 | N_CNCT | 12/8/2014 4:45:49 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/9/14 | 9104701500 | 374355 | 031354254 | 8077 | 3743553020083 | N_AMDNM | 12/9/2014 5:26:57 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/9/14 | 9104701500 | 374355 | 031354254 | 8077 | 3743553020083 | N_AMDNM | 12/9/2014 9:12:28 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/9/14 | 9104701500 | 374355 | 031354254 | 8077 | 3743553020083 | N_AMDML | 12/10/2014 12:01:16 AM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/10/14 | 9104701500 | 374355 | 031354254 | 8077 | 3743553020083 | N_AMDNM | 12/10/2014 5:22:28 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 12/12/14 | 9104701500 | 549123 | 031354254 | 5423 | 323891809 | N_AMDNM | 12/12/2014 2:10:30 PM | Easte | CC_OUTBOUND_IVR_CHALLEN |
| 2/27/15 | 9104701500 | 549123 | 031354254 | 4487 | 322421904 | AA | 2/27/2015 1:36:14 PM | Easte | CCMAR |
| 2/27/15 | 3363523571 | 549123 | 031354254 | 4487 | 322421904 | R7 | 2/27/2015 2:03:23 PM | Easte | CCMAR |
| 3/2/15 | 9104701500 | 549123 | 031354254 | 4487 | 322421904 | RR | 3/2/2015 2:41:12 PM | Easte | CCMAR |
| 3/2/15 | 9104701500 | 549123 | 031354254 | 4487 | 322421904 | RR | 3/2/2015 4:23:22 PM | Easte | CCMAR |
| | | | | | | Count: | 30 | | |

**CONFIDENTIAL:**
Must not be duplicated, shared or printed without USAA EMG Approval.