**PRIORITY MAIL**

**$6.52** US POSTAGE
JUL 12 2017  Mailed from ZIP 28461
2 lbs Priority Mail Zone 1
Commercial Base Price

endicia.com  071V01217565

**PRIORITY MAIL 1-DAY™**

Joyce Loney
4956 Long Beach Rd, Se, Str 14 Pmb 362
Southport, NC 28461-5010

C026  0024

**SHIP TO:** CLERK OF COURT
US DISTRICT COURT
2 Princess St Ste 239
**Wilmington, NC 28401-3958**

**RECEIVED**
JUL 13 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

**USPS TRACKING #**

9405 5102 0088 3506 3503 38

EP14F July 2013
OD: 12.5 x 9.5