

| Peter A. Moore, Jr.<br>Clerk of Court | **United States District Court**<br>**Eastern District of North Carolina**<br>Office of the Clerk<br>Post Office Box 25670<br>Raleigh, North Carolina 27611 | Phone (919) 645-1700 |
|---|---|---|

August 3, 2017

Ms. Joyce Loney
4956 Long Beach Rd.
STE # 14 PMB 362
Southport, NC 28164

Dear Ms. Loney,

    Thank you for your letter of July 24, 2017. Your letter was received by this office on July 26, 2017, and filed and docketed in your four cases - 7:17-CV-38-FL; 7:17-MC-6-KS; 7:17-MC-7-KS; and 7:17-MC-8-KS. Each case has a presiding judicial officer.

    All cases and documents are available for viewing and printing on the public terminals located in each Clerk of Court's Office in the Eastern District of North Carolina. The office closest to Southport is located in the United States Courthouse, 2 Princess Street in Wilmington. Documents and cases are also accessible on the internet through pacer.gov.

    This office can not offer legal or procedural advice, but please feel free to contact us if you have general questions or concerns.

Sincerely,

*[signature]*

Peter A. Moore, Jr.
Clerk of Court
Eastern District of North Carolina